Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA 95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN
AND DOMINGO RAGASA, RN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORLAN PRUDENTE | Case No. 2:20-CV-00482-JAM-DB |
| Plaintiff(s), | **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| COUNTY OF SAN JOAQUIN and DOES ONE through TWENTY, inclusive. | |
| Defendant(s). | |

Pursuant to the Status (Pre-Trial Scheduling) Order in this action, the current deadline for expert disclosures is July 16, 2021 and supplemental disclosures is July 30, 2021. (See Docket No. 11.) The parties, through counsel, have stipulated and agreed to a short extension of those deadlines to allow the parties additional time to complete expert disclosures as follows:

1. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by July 30, 2021.

2. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by August 13, 2021.

3. All other dates and deadlines in the Status (Pre-Trial Scheduling) Order issued in this action on September 21, 2020 (Docket No. 11) shall remain the same.

///

///

Dated: July 8, 2021      KIM & ASSOCIATES

By: /s/ James Kim
    James Kim, Esq.
    Attorneys for Plaintiff
    NORLAN PRUDENTE

Dated: July 8, 2021      LEADER-PICONE & YOUNG, LLP

By: /s/ Malcolm Leader-Picone
    Malcolm Leader-Picone, Esq.
    Attorneys for Plaintiff
    NORLAN PRUDENTE

Dated: July 9, 2021      MORDAUNT, ROUNDY, REIHL & JIMERSON

By:     /s/ Lori A. Reihl
    Lori A. Reihl, Esq.
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN AND
    DOMINGO RAGASA, RN

(209) 473-8732

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219

# ORDER

IT IS HEREBY ORDERED that the Status (Pre-Trial Scheduling) Order issued in this action on September 21, 2020 (Docket No. 11) is modified as follows:

1. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by July 30, 2021.

2. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by August 13, 2021.

3. All other dates and deadlines in the Status (Pre-Trial Scheduling) Order (Docket No. 11) shall remain the same.

DATED: July 12, 2021         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA 95219
(209) 473-8732