LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
TELEPHONE:     510-444-2404
FACSIMILE:      510-444-1291
EMAIL:           mlp@leader-picone.com

KIM & ASSOCIATES
JAMES J. KIM (State Bar No. 101809)
1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
TELEPHONE:     510-444-0709
FACSIMILE:      510-444-1291
EMAIL:           jkim@roklaw.com

Attorneys for Plaintiff
NORLAN PRUDENTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NORLAN PRUDENTE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; DOMINGO RAGASA, RN; and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00482-JAM-DB<br><br>_Trial Date:      March 14, 2022_<br>**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE and ORDER.** |

## STIPULATION

Plaintiff NORLAN PRUDENTE and defendants COUNTY OF SAN JOAQUIN and DOMINGO RAGASA, RN stipulate and agree, through their respective counsel, as follows.

1. In its September 22, 2020 Scheduling Order, the Court established the Designation of Expert Witnesses as July 16, 2021. By Stipulation and Order that deadline was extended to July 30, 2021.

2. Although plaintiff's counsel have secured the services of an expert, that expert's schedule will not permit him to complete his Rule 26 report prior to the July 30, 2021 deadline.

3. Therefore, the parties jointly request that the Court extend the Designation of Expert Witness deadline to August 16, 2021; and extend the Supplemental Disclosure of any rebuttal experts deadline to August 30, 2021.

**SO STIPULATED**.

DATED: July 23, 2021.                LEADER-PICONE & YOUNG, LLP

                                     BY: _____
                                         MALCOLM LEADER-PICONE
                                         Attorneys for Plaintiff
                                         NORLAN PRUDENTE

DATED: July 23, 2021.                RIGGIO MORDAUNT & KELLY

                                     BY: /s/ Lori A. Reihl_____
                                         LORI A. REIHL
                                         Attorneys for Defendants
                                         COUNTY OF SAN JOAQUIN and
                                         DOMINGO RAGASA, RN

**ORDER**

Based upon the foregoing Stipulation of the parties, and for good cause appearing,

IT IS SO ORDERED.

DATED: July 23, 2021                 /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE