Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN
AND DOMINGO RAGASA, RN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORLAN PRUDENTE | Case No. 2:20-CV-00482-JAM-DB |
| Plaintiff(s), | **AMENDED STIPULATION AND ORDER TO EXTEND SUPPLEMENTAL / REBUTTAL EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| COUNTY OF SAN JOAQUIN and DOES ONE through TWENTY, inclusive. | |
| Defendant(s). | |

Pursuant to the Status (Pre-Trial Scheduling) Order in this action, the initial deadline for expert disclosures was July 16, 2021 and supplemental disclosures was July 30, 2021.  (See Docket No. 11.)  Through Stipulations and Orders those deadlines were extended to August 16, 2021 for expert witness disclosures and August 30, 2021 for supplemental disclosure and disclosure of rebuttal witnesses. (See Docket Nos. 16-18.)

The parties have now completed the initial expert witness disclosures.  However, based on new issues raised in the disclosures and the availability of experts, defendant will require a short extension of time to complete supplemental and rebuttal disclosures.

Therefore, the parties jointly request the Court extend the deadline for supplemental disclosure and disclosure of any rebuttal experts to September 13, 2021.

Additionally, while expert disclosure deadlines have been extended in this case, the

discovery deadline set forth in the initial Pre-trial Scheduling Order has not, leaving insufficient time to complete the remaining discovery, including expert discovery following the disclosures. Therefore, parties also jointly request a 30 day extension on the discovery deadline to October 18, 2021.

   SO STIPULATED.

Dated: 8/30/2021        KIM & ASSOCIATES

                  By: */s/ James Kim*
                     James Kim, Esq.
                     Attorneys for Plaintiff
                     NORLAN PRUDENTE

Dated: 8/30/2021        LEADER-PICONE & YOUNG, LLP

                  By: */s/ Malcolm Leader-Picone*
                     Malcolm Leader-Picone, Esq.
                     Attorneys for Plaintiff
                     NORLAN PRUDENTE

Dated: 8/30/2021        MORDAUNT, ROUNDY, REIHL & JIMERSON

                  By: */s/ Lori A. Reihl*
                     Lori A. Reihl, Esq.
                     Attorneys for Defendants
                     COUNTY OF SAN JOAQUIN AND
                      DOMINGO RAGASA, RN

///

///

///

///

AMENDED STIPULATION AND ORDER TO EXTEND SUPPLEMENTAL / REBUTTAL EXPERT DISCLOSURE DEADLINES

# ORDER

IT IS HEREBY ORDERED that the deadline for supplemental disclosure and disclosure of any rebuttal experts shall be extended to September 13, 2021.  The deadline to complete all discovery shall be extended to October 18, 2021.

Dated:  August 30, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE