1  Michael R. Mordaunt, Esq., Bar No. 66911
   Lori A. Reihl, Esq., Bar No. 246395
2  MORDAUNT, ROUNDY, REIHL & JIMERSON
   A Professional Law Corporation
3  7488 Shoreline Drive, Suite B1
   Stockton, CA  95219
4  Telephone: (209) 473-8732

5  Attorneys for Defendants
   COUNTY OF SAN JOAQUIN AND DOMINGO RAGASA, RN
6

7
                      UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10  NORLAN PRUDENTE                     Case No. 2:20-CV-00482-JAM-DB

11         Plaintiff(s),                **STIPULATION AND ORDER TO EXTEND**
                                        **DEADLINES**
12  vs.

13  COUNTY OF SAN JOAQUIN and
    DOES ONE through TWENTY,
14  inclusive.

15         Defendant(s).

16         Pursuant to the Status (Pre-Trial Scheduling) Order in this action, the initial deadline for

17  expert disclosures was July 16, 2021, with supplemental disclosures due July 30, 2021, and with a

18  discovery cutoff of September 17, 2021.  (See Docket No. 11.)  Through various Stipulations and

19  Orders those deadlines were extended so that the discovery cutoff is currently October 18, 2021.

20  (See Docket Nos. 16-21.)

21         The parties have now completed expert witness disclosures.  The parties have also been

22  working to complete all expert and fact discovery in an effort to complete discovery by the October

23  18, 2021 deadline.  In those efforts several depositions have recently been taken and transcripts are

24  just now being received.  The remaining issue for discovery is completion of expert depositions,

25  which are being coordinated.  However, both sides need sufficient time for their expert witnesses

26  to review the complete discovery in this action, including recent deposition transcripts.  Based on

27  the timing of the current discovery deadline of October 18, 2021 there is insufficient time to supply

28  the expert witnesses with the most recent discovery and coordinate and complete the five separate

expert depositions.

Therefore, the parties jointly request an extension on the discovery deadline. This extension is longer than prior requests with the hope that the parties will not need to seek any further extensions following this stipulation. Based on this new discovery deadline the parties agree and stipulate that that the remaining dates and deadlines in the current Scheduling Order will also need to be extended as follows:

- The deadline to complete discovery shall be extended from October 18, 2021 to December 2, 2021.
- The deadline to file dispositive motions shall be extended from October 29, 2021 to January 14, 2022.
- The hearing on the motion for summary judgment shall be continued from December 7, 2021 to February 22, 2022 at1:30pm.
- The final pre-trial conference shall be continued from January 21, 2022 to April 22, 2022 at 10:00am.
- The jury trial in this matter shall be continued from March 14, 2022 to June 6, 2022 at 9:00am.

SO STIPULATED.

Dated: _____   LEADER-PICONE & YOUNG, LLP

By: __/s/ Malcolm Leader-Picone_____
     Malcolm Leader-Picone, Esq.
     Attorneys for Plaintiff
     NORLAN PRUDENTE

Dated: _____   MORDAUNT, ROUNDY, REIHL & JIMERSON

By: __/s/ Lori Reihl_____
     Lori A. Reihl, Esq.
     Attorneys for Defendants
     COUNTY OF SAN JOAQUIN AND
     DOMINGO RAGASA, RN

2
STIPULATION AND ORDER TO EXTEND DEADLINES

**ORDER**

IT IS HEREBY ORDERED that the remaining dates and deadlines in the current Scheduling Order shall be extended as follows:

- The deadline to complete discovery is December 2, 2021.
- The deadline to file dispositive motions is January 14, 2022.
- The hearing on the motion for summary judgment shall be scheduled for March 1, 2022 at1:30pm.
- The final pre-trial conference shall be scheduled for April 22, 2022 at 11:00am.
- The jury trial in this matter shall be set for June 6, 2022 at 9:00am.

Dated:  September 30, 2021          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINES