1   LEADER-PICONE & YOUNG, LLP
    MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2   1970 BROADWAY, SUITE 1030
    OAKLAND, CA  94612
3   TELEPHONE:    510-444-2404
    FACSIMILE:    510-444-1291
4   EMAIL:        mlp@leader-picone.com

5   KIM & ASSOCIATES
    JAMES J. KIM (*State Bar No.* 101809)
6   1970 BROADWAY, SUITE 1030
    OAKLAND, CA  94612
7   TELEPHONE:    510-444-0709
    FACSIMILE:    510-444-1291
8   EMAIL:        jkim@roklaw.com

9   Attorneys for Plaintiff
    NORLAN PRUDENTE
10

11                  **UNITED STATES DISTRICT COURT**

12                  **EASTERN DISTRICT OF CALIFORNIA**

13                  **SACRAMENTO DIVISION**

14

15   NORLAN PRUDENTE,                    )  Case No.  2:20-cv-00482-JAM-DB
                                         )
16   Plaintiff,                          )  ***Trial Date:    June 6, 2022***
                                         )  **STIPULATION AND ORDER TO**
17   vs.                                 )  **SCHEDULE SETTLEMENT**
                                         )  **CONFERENCE WITH MAGISTRATE**
18   COUNTY OF SAN JOAQUIN; DOMINGO      )  **JUDGE.**
     RAGASA, RN; and DOES ONE through    )
19   TWENTY, inclusive,                  )
                                         )          Hon. John A. Mendez
20   Defendants.                         )          U.S. District Court Judge
                                         )
21   _____ )

22                       **STIPULATION**

23          Pursuant to Local Rule 270, plaintiff NORLAN PRUDENTE and defendants

24   COUNTY OF SAN JOAQUIN and DOMINGO RAGASA stipulate and agree, through their

25   respective counsel, that they wish to engage in a Settlement Conference in this action before a

26   Magistrate Judge by random assignment.

27

28

1

2

Accordingly, the parties jointly request that the Court issue an order assigning a

Magistrate Judge to this case to conduct a Settlement Conference.

3

**SO STIPULATED**.

4

DATED:  November 17, 2021.          LEADER-PICONE & YOUNG, LLP

5

6

BY:__/s/ *Malcolm Leader-Picone*_____
MALCOLM LEADER-PICONE

7

Attorneys for Plaintiffs
JOHN DORICKO and

8

AMENDA TECHNOLOGY, LLC

9

DATED:  November 17, 2021.          MORDAUNT, ROUNDY, REIHL & JIMERSON

10

11

BY:__/s/ *Lori A. Reihl*_____
LORI A. REIHL

12

Attorneys for Defendants
COUNTY OF SAN JOAQUIN AND DOMINGO

13

RAGASA, RN

14

15

16

**<u>ORDER</u>**

17

Based upon the foregoing Stipulation of the parties, and for good cause appearing, the

18

Court appoints a Magistrate Judge by random assignment to preside over a Settlement Conference in

19

this action.

20

IT IS SO ORDERED.

21

22

23

DATED:  November 17, 2021          /s/ John A. Mendez_____

THE HONORABLE JOHN A. MENDEZ

24

UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

**STIPULATION re: SETTLEMENT CONFERENCE**                    **Case No. 2:20-cv-00482-JAM-DB**