Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN AND
DOMINGO RAGASA, RN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORLAN PRUDENTE<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN and DOES ONE through TWENTY, inclusive.<br><br>Defendant(s). | Case No. 2:20-CV-00482-JAM-DB<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES** |

This case is currently set for a final pre-trial conference on April 22, 2022 and trial on June 6, 2022.  Pursuant to the court's Pre-trial Scheduling Order, "[c]ounsel for all parties and pro se parties are to be fully prepared for trial at the time of the pre-trial conference, with no matters remaining to be accomplished except production of witnesses for oral testimony."  (See Docket No. 11, pg. 7, lines 1-3.)

The parties have completed discovery and expert witness disclosures.  However, prior to the completion of expert discovery the parties stipulated and agreed to engage in a settlement conference in an effort toward resolution of this action.  The parties agreed to hold remaining expert discovery until the conclusion of that conference with the hope that the case would resolve, rendering further expert discovery unnecessary.  On November 17, 2021, the parties filed a stipulation to schedule a Settlement Conference before a Magistrate Judge by random assignment.

1

STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL
CONFERENCE AND TRIAL DATES

This case was ultimately set for a settlement conference before Magistrate Judge Jeremy D. Peterson on March 30, 2022.  The Settlement Conference was just recently held on March 30, 2022, but unfortunately the case did not resolve.  There is now insufficient time to complete the remaining expert discovery prior to the current final pre-trial conference and trial dates.

Therefore, the parties jointly request the Court continue the current trial date from June 6, 2022 to October 31, 2022 and re-set the final pre-trial conference date to correspond with the new trial date.

SO STIPULATED.

Dated: 4/12/22           LEADER-PICONE & YOUNG, LLP

By: */s/ Malcolm Leader-Picone*
  Malcolm Leader-Picone, Esq.
  Attorneys for Plaintiff
  NORLAN PRUDENTE

Dated: 4/12/22           MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s/ Lori A. Reihl*
  Lori A. Reihl, Esq.
  Attorneys for Defendants
  COUNTY OF SAN JOAQUIN AND
   DOMINGO RAGASA, RN

Mordaunt, Roundy,
Reihl & Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

2

STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL
CONFERENCE AND TRIAL DATES

**ORDER**

IT IS HEREBY ORDERED that the current dates for the final pre-trial conference of April 22, 2022 and trial date of June 6, 2022 are vacated.  Jury trial in this matter is continued to October 31, 2022 at 9:00am.  The final pre-trial conference is continued to September 16, 2022 at 11:00am.

Dated:  April 13, 2022            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE