LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
1970 BROADWAY, SUITE 1030
OAKLAND, CA  94612
TELEPHONE:   510-444-2404
FACSIMILE:   510-444-1291
EMAIL:   mlp@leader-picone.com

KIM & ASSOCIATES
JAMES J. KIM (State Bar No. 101809)
1970 BROADWAY, SUITE 1030
OAKLAND, CA  94612
TELEPHONE:   510-444-0709
FACSIMILE:   510-444-1291
EMAIL:   jkim@roklaw.com

Attorneys for Plaintiff
NORLAN PRUDENTE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NORLAN PRUDENTE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN; DOMINGO RAGASA, RN; and DOES ONE through TWENTY, inclusive, <br><br> Defendants. | Case No.  2:20-cv-00482-JAM-DB <br><br> ***Proposed Trial Date: March 13, 2023*** <br> **STIPULATION AS TO PROPOSED PRETRIAL CONFERENCE AND TRIAL DATES; and ORDER**. |

## STIPULATION

Plaintiff NORLAN PRUDENTE and defendants COUNTY OF SAN JOAQUIN and DOMINGO RAGASA, RN stipulate and agree, through their respective counsel, as follows.

1. By Order filed April 14, 2022, the Court on the parties' stipulation scheduled trial of this action for October 31, 2022, with a pretrial conference scheduled for September 16, 2022.

2. The parties failed to timely file their joint pretrial conference statement because they were actively engaged in scheduling a private mediation for this case.

3. The Court issued a Minute Order on September 13, 2022 vacating the trial date and pretrial conference date; ordering the parties to meet and confer and then contact the Court's Courtroom Deputy to come up with new pretrial conference and trial dates to be presented to the Court by submission of a stipulation and proposed order.

4. The parties have subsequently secured a mediation date with Craig Needham, Esq. on November 22, 2022.

5. Consequently, the parties jointly request that the Court schedule the pretrial conference for February 3, 2023; and the trial for March 13, 2023; which are dates that counsel confirmed with the Courtroom Deputy.

**SO STIPULATED**.

DATED: September 28, 2022.    LEADER-PICONE & YOUNG, LLP

BY: /s/ Malcolm Leader-Picone
    MALCOLM LEADER-PICONE
    Attorneys for Plaintiff
    NORLAN PRUDENTE

DATED: September 28, 2022.    RIGGIO MORDAUNT & KELLY

BY: __/s/ Lori A. Reihl_____
    LORI A. REIHL
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN and
    DOMINGO RAGASA, RN

/ / / /

/ / / /

## ORDER

Based upon the foregoing Stipulation of the parties, and for good cause appearing,

IT IS ORDERED that the Court will hold a pretrial conference in this case on February 3, 2023, at 10:00 a.m.; and a jury trial on March 13, 2023, at 9:00 a.m.

DATED: September 28, 2022                              /s/ John A. Mendez
                                                                            THE HONORABLE JOHN A. MENDEZ
                                                                            SENIOR UNITED STATES DISTRICT JUDGE