Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA 95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN AND DOMINGO RAGASA, RN

UNITED STATES DISTRICT COURT, EASTERN DISTRICT COURT

| NORLAN PRUDENTE | ) Case No. 2:20-CV-00482-JAM-DB |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DOMINGO RAGASA, RN** |
| COUNTY OF SAN JOAQUIN and DOES ONE through TWENTY, inclusive. | ) |
| Defendant(s). | ) |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed as to defendant DOMINGO RAGASA, RN only, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.

Dated: December 6, 2022                    LEADER-PICONE & YOUNG

By: */s/ Malcolm Leader-Picone*
    Malcolm Leader-Picone, Esq.
    Attorneys for Plaintiff
    NORLAN PRUDENTE

Dated: December 6, 2022                    MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s/ Lori Reihl*
    Lori A. Reihl, Esq.
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN AND
    DOMINGO RAGASA, RN

1

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DOMINGO RAGASA, RN

**ORDER**

IT IS SO ORDERED that the above-captioned action is hereby dismissed as to defendant DOMINGO RAGASA, RN only, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.

Dated: December 20, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy,
Reihl & Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA 95219
(209) 473-8732

2

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DOMINGO RAGASA, RN